Ernest D. GEORGE et al.

v.

MILES LABORATORIES, INC., et al.

No. 80–101–M.P.

Supreme Court of Rhode Island.

March 27, 1980.

Archibald B. Kenyon, Jr., Wakefield, for plaintiffs-respondents.

Rice, Dolan, Kiernan & Kershaw, Leonard A. Kiernan, Jr., Providence, for defendants-petitioners.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

Terri Lynne KOLB

v.

Dennis R. SOUTHARD.

No. 77–404–A.

Supreme Court of Rhode Island.

March 27, 1980.

Albert A. DiFiore, Providence, for petitioner.

Aram K. Berberian, Warwick, for respondent.

### ORDER

The state is directed to file its brief in this case on or before April 28, 1980.

DORIS, J., did not participate.

Raymond A. LaPERCHE

v.

Marie A. LaPERCHE.

No. 77–423–A.

Supreme Court of Rhode Island.

March 27, 1980.

Albert A. DiFiore, Providence, for petitioner.

Aram K. Berberian, Warwick, for respondent.

### ORDER

The state is directed to file its brief in this case on or before April 28, 1980.

DORIS, J., did not participate.